SPIEGEL BROS. *v.* UNITED STATES

No. 5700.—Invoice dated Paris, France, July 16, 1937.
Entered at Chicago, Ill., July 29, 1937.
Entry No. 1092.

(Decided on rehearing August 19, 1942)

*Wallace & Schwartz* (*Barnes, Richardson & Colburn* by *Joseph Schwartz* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Richard H. Welsh*, special attorney), for the defendant.

CLINE, Judge: This appeal to reappraisement having been formally abandoned is hereby dismissed.

Judgment will be rendered accordingly.